UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER KUMPE                                                                                      PLAINTIFF

V.                                             No. 4:21-CV-816-JM-JTR

RODNEY WRIGHT, Sheriff, Saline County
Detention Facility, *et al*.                                                                           DEFENDANTS

## ORDER

On April 26, 2022 and May 2, 2022, mail sent to Plaintiff Christopher Kumpe, at his address of record, the Saline County Detention Facility, was returned undelivered with the handwritten notation, "Not Here." *Docs. 11 & 16*. On June 9, 2022, the Court directed Kumpe to provide his current mailing, within 30 days, if he wished to continue pursuing this lawsuit. *Doc. 18*. Importantly, the June 9 Order cautioned Kumpe that if he did not timely and properly comply, his case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id*.

Kumpe has not provided the Court with his current mailing address, and the time to do so has expired. Moreover, his mail continues to be returned undelivered. *Doc. 19*. Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE