UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER KUMPE                                                  PLAINTIFF

V.                      No. 4:21-CV-816-JM-JTR

RODNEY WRIGHT, Sheriff, Saline County
Detention Facility, *et al*.                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE